**COLSON & HARRIS LLP**

80 Broad Street
19th Floor
New York, NY 10004

T  212-257-6455
F  212-257-6453

November 16, 2015

By U.S. Mail

Honorable Victor Marrero
United States District Court
500 Pearl Street
New York, NY  10007

    Re:    *United States v. Ronnish Gupta,* 15 Cr 787

Dear Judge Marrero:

    On September 14, 2015, Mr. Gupta voluntarily surrendered on a criminal complaint alleging bank fraud, wire fraud, and aggravated identity theft.  He was released the same day on a $250,000 bond signed by his mother and brother and secured by his home in Yonkers, New York.  I write to request that Mr. Gupta be permitted to travel to Texas for work-related meetings from Thursday, November 19, 2015 through Sunday, November 22, 2015.  He has already provided his travel itinerary to Pretrial Services and the government, and they have no objection to the trip.

    Thank you for your consideration.

                                            Respectfully submitted,

                                            /s/

                                          Deborah Colson
                                          (212) 257-6455

cc:    AUSA Andrew Chan
        Pretrial Officer Natasha Ramesar

19448.docx